<36>

~~FILED~~

~~FEB 2 7 2007~~

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dee J Wheelwright - Pro Sa
1082 Fleetwood Drive
San Jose, California 95120
Telephone: (408)265-1234

February 24, 2007

VIA U.S. FIRST CLASS MAIL and HAND DELIVERED TO:

Honorable Charles R. Breyer

United States District Court for the Northern District of California
450 Golden Gate Avenue
Courtroom 8, 19th Floor
San Francisco, CA 94102
(415) 522-3195
(415) 522-2000

CASE: **No. C 07 0456 CRB**

RE: Letter of apology and request to e-file with the courts, Pro Sa.

Honorable Charles R. Breyer,

Thank you for taking this time out of your busy schedule to take this letter into consideration.

Please consider this letter as an apology to the courts and your Honor for the condition of my RESPONSE TO SUMMONS filed with the Clerks Office on February 20, 2007. I wish to acknowledge the document is in need of corrections. Please be advised with my disability, pressure of the 20 day deadline and the circumstance that I have no legal knowledge, and on the advise of many lawyers to make sure I respond by the deadline or lose my rights. I express my disappointment with the document and promise I will work hard in the future to improve upon my writings to the courts.

I request permission of the courts and your Honor to e-file future documents in the above matter, as I live in San Jose, California and Pro Sa.

Once again, I thank the courts and your Honorable Justice Breyer for allowing me the chance to express myself.

Sincerely,

*Dee J. Wheelwright*

Dee J Wheelwright - Pro Sa
dba CAPITOL EXPRESSWAY AUTO MALL(SM) and
CAPITOL EXPRESSWAY AUTO MALL.COM(SM)

IT IS SO ORDERED
Judge Charles R. Breyer
3/02/07