IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL EXPRESSWAY AUTO DEALERS ADVERTISING ASSOCIATION INC,<br><br>        Plaintiff,<br><br>  v.<br><br>DEE J. WHEELWRIGHT,<br><br>        Defendant.<br>_____/ | No. C 07-00456 CRB<br><br>**ORDER** |

      Defendant in this case has submitted an application for the appointment of counsel. Good cause appearing, the Court hereby GRANTS Defendant's application. This matter is hereby referred to the Federal Pro Bono Project for the appointment of a volunteer attorney by the Volunteer Legal Services Program of the Bar Association of San Francisco.

      The Court hereby STAYS all proceedings in this matter for three weeks pending the appointment of defense counsel. Following the appointment of an attorney for Defendant, that appointed attorney shall file a notice of appearance in this case and also simultaneously shall provide notice of such appearance to John W. Crittenden, the evaluator recently assigned to this case under this Court's program for Early Neutral Evaluation.

      Upon the appearance of defense counsel, the deadlines under ADR Local Rule 5 shall be reset. In other words, upon receipt of notice of the appearance of counsel for Defendant,

the evaluator shall arrange for a pre-session phone conference and fix the date and place of an ENE session.  See N.D. Cal. ADR L.R. 5-4(a).  Absent a request for extension of time, the ENE session shall take place within 90 days of the appearance of defense counsel.

The Clerk of this Court shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco with a copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

**IT IS SO ORDERED.**

Dated:  June 4, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE