THOMAS F. FITZPATRICK (State Bar No. 193565)
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

ANTHONY J. MALUTTA (State Bar No. 193587)
ALEXANDRA M. SEPULVEDA (State Bar No. 233216)
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300
E-Mail: AJMalutta@townsend.com; AMSepulveda@townsend.com

Attorneys for Plaintiff
CAPITOL EXPRESSWAY AUTO DEALERS'
ADVERTISING ASSOCIATION, INC.

BEN KATZENELLENBOGEN
KNOBBE MARTENS OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
Tel: (949) 760-0404
Fax: 949-760-9502
Email: bkatzenellenbogen@kmob.com

TIMOTHY J. GOODSON
KNOBBE MARTENS OLSON & BEAR LLP
One Sansome Street, Suite 3500
San Francisco, CA 94104
415-217-3508
415-954-4111 Fax
Email: timothy.goodson@kmob.com

Attorneys for Defendant
DEE J. WHEELWRIGHT, dba CAPITOL
EXPRESSWAY AUTO MALL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL EXPRESSWAY AUTO DEALERS' ADVERTISING ASSOCIATION, INC.<br><br>    Plaintiff,<br><br>       v.<br><br>DEE J. WHEELWRIGHT, et al.<br><br>    Defendant. | Case No. C 07-0456 CRB<br><br>**STIPULATION FOR DISMISSAL AND ~~PROPOSED~~ ORDER** |

| | |
|---|---|
| 1 | The parties to this action have executed a Settlement Agreement resolving all claims in the |
| 2 | action. Therefore, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and subject to the |
| 3 | terms and conditions of the Settlement Agreement, IT IS HEREBY STIPULATED by and between |
| 4 | the parties hereto that the above-captioned action be and hereby is dismissed with prejudice, each side |
| 5 | to bear its own attorneys' fees and costs of suit. |

Dated: February 6, 2008                                Respectfully submitted,

/s/ Thomas F. Fitzpatrick
THOMAS F. FITZPATRICK
(State Bar No. 193565)
GOODWIN PROCTER LLP
181 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650-752-3100
Facsimile: 650-853-1038
E-Mail: TFitzpatrick@goodwinprocter.com

ANTHONY J. MALUTTA
(State Bar No. 193587)
ALEXANDRA M. SEPULVEDA
(State Bar No. 233216)
TOWNSEND AND TOWNSEND AND CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA 94111
Telephone: 415-576-0200
Facsimile: 415-576-0300
E-Mail: AJMalutta@townsend.com;
         AMSepulveda@townsend.com

| | | |
|---|---|---|
| 1 | Dated: February 6, 2008 | Respectfully submitted, |
| 2 | | |
| 3 | | |
| 4 | | /s/ Timothy J. Goodson |
| 5 | | TIMOTHY J. GOODSON<br>KNOBBE MARTENS OLSON & BEAR LLP<br>One Sansome Street, Suite 3500 |
| 6 | | San Francisco, CA 94104<br>415-217-3508 |
| 7 | | 415-954-4111 Fax<br>Email: timothy.goodson@kmob.com |
| 8 | | |
| 9 | | BEN KATZENELLENBOGEN<br>KNOBBE MARTENS OLSON & BEAR LLP |
| 10 | | 2040 Main Street, 14th Floor<br>Irvine, CA 92614-3641 |
| 11 | | Tel: (949) 760-0404<br>Fax: 949-760-9502 |
| 12 | | Email: bkatzenellenbogen@kmob.com |
| 13 | | Attorneys for Defendant<br>DEE J. WHEELWRIGHT, dba CAPITOL<br>EXPRESSWAY AUTO MALL |

**GENERAL ORDER 45 ATTESTATION**

I, Thomas F. Fitzpatrick, am the ECF User whose ID and password are being used to file the Stipulation for Dismissal; Order. In compliance with General Order 45, X.B., I hereby attest that Timothy J. Goodson has concurred in this filing.

1 ~~PROPOSED~~ ORDER

WHEREAS, Plaintiff Capitol Expressway Auto Dealers' Advertising Association, Inc. ("Capitol Expressway") and Defendant Dee J. Wheelwright dba Capitol Expressway Auto Mall ("Wheelwright") have settled their respective claims against each other; and WHEREAS, Capitol Expressway and Wheelwright have agreed to dismiss their claims and other claims for relief against each other with prejudice, with each party bearing its own attorneys' fees, costs and expenses, as stipulated by both parties above; IT IS HEREBY ORDERED AND ADJUDGED, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, that:

1. The Order of Dismissal dated December 6, 2007 dismissing this case without prejudice is hereby amended.

2. All claims asserted by Capitol Expressway against Wheelwright and all claims, and defenses asserted by Wheelwright against Capitol Expressway in this action are hereby dismissed in their entirety with prejudice.

3. Each party shall bear its own attorneys' fees, costs and expenses.

4. All other relief not provided herein is denied.

IT IS SO ORDERED.

Dated: February 11, 2008

_____
Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE



4846342
020508